# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Boris A. Miksic, | Court File No. 15-cv-00539-JRT-BRT |
| Plaintiff, | |
| v. | |
| Boeckermann Grafstrom Mayer, LLC, a Minnesota limited liability company, f/k/a Johnson, West & Co. P.L.C., Boeckermann Grafstrom Mayer, P.A., and Johnson West & Co. P.L.C. | **MOTION FOR LEAVE TO AMEND COMPLAINT TO ALLEGE PUNITIVE DAMAGES** |
| Defendants. | |

**TO: DEFENDANTS ABOVE NAMED AND THEIR ATTORNEYS MICHAEL T. BERGER, HINSHAW & CULBERTSON LLP, 333 South Seventh Street, Suite 2000, Minneapolis, MN 55402**

Plaintiff respectfully moves this Court pursuant to Fed. R. Civ. P. 15(a), for leave to amend its Second Consolidated/Amended Complaint to reflect the proposed amended complaint filed herewith.  This Motion is based upon the files, records and proceedings herein, as well as the accompanying memorandum of law, and arguments of counsel.

7581491v1

<table>
<tr><td>Dated: March 31, 2016</td><td>By: s/Gregory J. Stenmoe<br>Gregory J. Stenmoe<br>Britt M. Gilbertson<br>Michael M. Sawers<br>Bar Number 131155<br>Bar Number 034977X<br>Bar Number 392437<br>Attorneys for Plaintiff Boris A. Miksic<br>Briggs and Morgan, P.A.<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, Minnesota 55402-2157<br>Telephone: (612) 977-8400<br>Fax: (612) 977-8650<br>gstenmoe@briggs.com<br>bgilbertson@briggs.com<br>msawers@briggs.com</td></tr>
</table>

7581491v1