## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Boris A. Miksic, | Court File No. 15-cv-00539-JRT-BRT |
| Plaintiff, | |
| v. | |
| Boeckermann Grafstrom Mayer, LLC, a Minnesota limited liability company, f/k/a Johnson, West & Co. P.L.C., Boeckermann Grafstrom Mayer, P.A., and Johnson West & Co. P.L.C. | **LR 7.1(f) AND LR 72.2(d) CERTIFICATE OF COMPLIANCE** |
| Defendants. | |

I, Gregory J. Stenmoe, certify that the memorandum titled: Memorandum in Support of Motion to Amend Complaint to Allege Punitive Damages complies with Local Rule 7.1(f).

I further certify that, in preparation of the above document, I used the following word processing program and version Word 2010 and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 6,188.

7582134v1

Dated: March 31, 2016

By: s/Gregory J. Stenmoe
     Gregory J. Stenmoe
     Britt M. Gilbertson
     Michael M. Sawers
Bar Number 131155
Bar Number 034977X
Bar Number 392437
Attorneys for Plaintiff Boris A. Miksic
Briggs and Morgan, P.A.
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
Telephone: (612) 977-8400
Fax: (612) 977-8650
gstenmoe@briggs.com
bgilbertson@briggs.com
msawers@briggs.com

7582134v1