UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Boris A. Miksic, ) | Court File No. 15-cv-00539-JRT-BRT |
| ) | |
| Plaintiff, ) | |
| ) | **LR 7.1(f) WORD COUNT** |
| v. ) | **COMPLIANCE CERTIFICATE** |
| ) | **REGARDING DEFENDANTS'** |
| Boeckermann Grafstrom Mayer, LLC, a) | **MEMORANDUM OF LAW IN** |
| Minnesota limited liability company, f/k/a) | **SUPPORT OF THEIR MOTION** |
| Johnson, West & Co. P.L.C., Boeckermann) | **FOR SUMMARY JUDGMENT** |
| Grafstrom Mayer, P.A., and Johnson West) | |
| & Co. P.L.C. ) | |
| ) | |
| Defendants. ) | |

_____

I, Michael T. Berger, certify that Defendants' Memorandum of Law in Support of their Motion for Summary Judgment complies with Local Rule 7.1(f) and with the type-size limit of Local Rule 7.1(h).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2010, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum contains 12,671 words.

121698849v1 0966517

-2-

Dated: July 22, 2016.

        HINSHAW & CULBERTSON LLP

     By: s/ Michael T. Berger
       Michael T. Berger  Reg. No. 350679
       M. Annie Santos   Reg. No. 389206
       Brent D. Kettelkamp Reg. No. 0394919
       333 South Seventh Street, Suite 2000
       Minneapolis, MN 55402
       Telephone: 612-333-3434
       Fax: 612-334-8888
       mberger@hinshawlaw.com
       asantos@hinshawlaw.com
       bkettelkamp@hinshawlaw.com

       ATTORNEYS FOR DEFENDANTS
       BOECKERMANN GRAFSTROM MAYER,
       LLC, BOECKERMANN GRAFSTROM
       MAYER, P.A. AND JOHNSON WEST & CO.
       P.L.C.

121698849v1 0966517