UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Boris A. Miksic,<br><br>      Plaintiff,<br><br>v.<br><br>Boeckermann Grafstrom Mayer, LLC, a Minnesota limited liability company, f/k/a Johnson, West & Co. P.L.C., Boeckermann Grafstrom Mayer, P.A., and Johnson West & Co. P.L.C,<br><br>      Defendants. | Court File No. 15-cv-00539-JRT-BRT<br><br>**CERTIFICATE OF COMPLIANCE** |

I certify that the MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT complies with the requirements of Local Rules 7.1(d) and (f). The memorandum is printed in 13-point, proportionately spaced typeface utilizing Microsoft Word, and contains 11,991 words, excluding the caption and signature block.

Dated: August 12, 2016

**BRIGGS AND MORGAN, P.A.**

By: *s/ Michael M. Sawers*
    Gregory J. Stenmoe (#131155)
    Britt M. Gilbertson (#034977X)
    Michael M. Sawers (#392437)
2200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2157
(612) 977-8400

**ATTORNEYS FOR BORIS A. MIKSIC**

7829695v1