UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Boris A. Miksic, | Court File No. 15-cv-00539-JRT-BRT |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Boeckermann Grafstrom Mayer, LLC, a Minnesota limited liability company, f/k/a Johnson, West & Co. P.L.C., Boeckermann Grafstrom Mayer, P.A., and Johnson West & Co. P.L.C. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action is hereby dismissed on its merits with prejudice, and without costs, disbursements or attorneys' fees to any party.

Dated: June 26, 2017

BRIGGS & MORGAN, P.A.

By: */s/ Michael M. Sawers*
Gregory J. Stenmoe        Reg. No. 131155
Britt M. Gilbertson        Reg. No. 034977X
Michael M. Sawers        Reg. No. 392437
2200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  612-977-8400

ATTORNEYS FOR PLAINTIFF

-2-

Dated: June 26, 2017

                      HINSHAW & CULBERTSON LLP

By:   */s/ Russell S. Ponessa*
      Russell S. Ponessa       Reg. No. 169316
      Suzanne L. Jones        Reg. No. 389345
      Kyle A. Eidsness         Reg. No. 392160
      333 South Seventh Street, Suite 2000
      Minneapolis, MN  55402
      Telephone:  612-333-3434
      Fax:  612-334-8888
      rponessa@hinshawlaw.com
      sjones@hinshawlaw.com
      asantos@hinshawlaw.com

      ATTORNEYS FOR DEFENDANTS